UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
EUGENE DUNCAN,                                    **MOTION FOR DEFAULT JUDGMENT**

                Plaintiff,

   -against-                                      *Civil Action No.:*
                                              1:21-cv-11139-JMF

LIFESTONE LLC,

                Defendants.
---------------------------------------X

    Plaintiff Eugene Duncan hereby moves the Court pursuant to Federal Rule of Civil Procedure 55(b) and Local Civil Rule 55.2 to enter default judgment in favor of plaintiff and against defendant Lifestone LLC on the grounds that said defendant failed to answer or otherwise defend against the complaint.

Dated: New York, New York
        April 4, 2022

                                                THE MARKS LAW FIRM

                                                By:_____
                                                  Bradly G. Marks
                                                  Attorney for Plaintiff

155 E 55th Street, Suite 6A  
New York, NY 10022  
T:(646) 770-3775  
F: (646) 770- 2639  
brad@markslawpc.com

To: Lifestone LLC
    c/o Victor Elmann
    501 E. 74 St, 9B
    New York, New York 10021

    Lifestone LLC
    244 5th Avenue, D124
    New York, New York 10001